IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIE SANDERS,

    vs.

CHRIS HILL, et al,

Case Number: C-1-01-639

District Judge Susan J. Dlott

NOTICE

The FINAL PRETRIAL CONFERENCE and TRIAL previously scheduled for SEPTEMBER 4, 2003 and OCTOBER 27, 2003 respectively are each hereby VACATED.

KENNETH J. MURPHY, CLERK

    s/Stephen Snyder
Stephen Snyder
Case Manager
(513) 564-7633