IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIE SANDERS,                    :    Case No. C-1-01-639

   Plaintiff                       :    Judge Dlott

vs.                                :
                                        MOTION FOR SANCTIONS;
                                        REQUEST FOR REASONABLE
OFFICER CHRIS HILL, et al.,        :    ATTORNEYS' FEES

   Defendants                      :

                                   :

*Denied, Susan J. Dlott 9/15/03*

Pursuant to Federal Rules of Civil Procedure 37, Plaintiff Willie Sanders, by and through counsel hereby Moves for Sanctions and for an award of Reasonable Attorneys' Fees against Defendants. A brief Memorandum follows this Motion. An affidavit supporting the granting of this Motion is attached at Exhibit A.

## MEMORANDUM

On July 30, 2002, counsel for Plaintiff filed a Motion to Compel. Plaintiff attached several documents to the Motion, including three letters drafted by Plaintiff to Defendants. On August 10, 2002, this Court held a hearing on the Motion. This Court granted Plaintiff's Motion indicating Defendants failed to comply with Federal Rules of Civil Procedure.

As stated during the Hearing, Plaintiff sent Requests for Interrogatories to Defendants on April 2, 2002. While the Responses were due by May 2, 2002, Defendants did not provide the responses until weeks after the Motion to Compel was filed. Counsel for Plaintiff sent correspondence, spoke with Defense Counsel in person and by phone, and ultimately drafted and filed a Motion to Compel the production of the Interrogatories. All these steps were taken after

MANLEY BURKE
A LEGAL PROFESSIONAL ASSOCIATION

225 WEST COURT STREET
CINCINNATI 45202-1098
(513) 721-5525
Fax No. (513) 721-4268