UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Willie Sanders,
       Plaintiff(s),

    v.                              Case No. 1:01cv639
                                       (Watson, J.)

Chris Hill, et al.,
       Defendant(s).

**NOTICE**

      Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Michael H. Watson:

Thursday, January 6, 2005, at 11:00 am
Room 740 Potter Stewart U.S. Courthouse

Michael H. Watson
United States District Judge


 s/Barbara A. Crum
Courtroom Deputy

cc:   All Counsel
bac      December 17, 2004

---

You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial and Magistrate Judge by visiting our website at:
www.ohsd.uscourts.gov