FILED
JAMES BONINI
CLERK

05 JAN -3 PM 1:15

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 03-4141

Filed: December 30, 2004

1:01-CV-00639
Judge Watson

WILLIE SANDERS

    Plaintiff - Appellee

v.

CHRIS HILL; MAURICE O'BRIEN, Police Officers, individually and officially; CITY OF CINCINNATI

    Defendants - Appellants

**MANDATE**

Pursuant to the court's disposition that was filed 12/8/04 the mandate for this case hereby issues today.

A True Copy.

No costs taxed             Attest:

Filing Fee .............$
Printing .............$

    Total ........$                       _____
                                                     Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

VALERIE FIELDS
(513) 564-7026
www.ca6.uscourts.gov

Filed: December 30, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 03-4141
Sanders vs. Hill
District Court No. 01-00639

Enclosed is a copy of the mandate filed in this case.  The certified record was never sent to this Court on appeal.

Leonard Green, Clerk

(Ms.) Valerie Fields
Deputy Clerk

cc:
Honorable Susan J. Dlott
Mr. Fanon Adeyemi Rucker
Mr. Robert E. Manley
Mr. Thomas James Harris III