**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **WILLIE SANDERS,** | : | **Case No. 1:01-cv-639** |
| **Plaintiff,** | : | **Honorable Judge Watson** |
| **vs.** | : | |
| | | **NOTICE OF APPEARANCE -** |
| **OFFICER CHRIS HILL, ET AL.,** | : | **SUBSTITUTION OF COUNSEL** |
| **Defendants.** | : | |

Pursuant to United States District Court, Southern District of Ohio Local Rule 4.3(e), now comes Gloria J. Sigman, Assistant City Solicitor, and hereby gives notice of his substitution for Thomas J. Harris, III, Assistant City Solicitor, as counsel for Defendants Police Officer Chris Hill, Police Officer Maurice O'Brien and the City of Cincinnati. This substitution is made with the knowledge and consent of Julia L. McNeil, City Solicitor for the City of Cincinnati

Respectfully submitted,

**J. RITA McNEIL (0043535)**
**City Solicitor**

*s/ Gloria J. Sigman*
**GLORIA J. SIGMAN (0065145)**
**Assistant City Solicitor**
214 City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-4707
gloria.sigman@cincinnati-oh.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify on January 6th, 2004, a true and accurate copy of the foregoing Notice of Substitution of Counsel was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ Gloria J. Sigman*_____
**GLORIA J. SIGMAN (0065145)**
**Assistant City Solicitor**
