UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Willie Sanders,
    Plaintiff(s),

v.                            Case No. 1:01cv639
                              (Watson, J.)

Chris Hill, et al.,
    Defendant(s).

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:**
**DATE:** January 12, 2005      **TIME:** ~~10:30 am~~ 10:35am - 10:45am

Attorney for Plaintiff(s): _____      Attorney for Defendant(s): _____

_Depak Desai_                                 _Don Hardin_

                                                                   _Gloria Sujman_

### PROCEDURES

✓ Counsel Present.

✓ Schedule set.

✓ Order to issue.

J:\Barbara\Civil\Notices by Case Number\2001\01-639.wpd