UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Willie Sanders,
    Plaintiff(s),

v.                                     Case No. 1:01cv639
                                           (Watson, J.)

Chris Hill, et al.,
    Defendant(s).

## CALENDAR ORDER

This case shall proceed as follows:

1. Jury Instructions[1]: **April 19, 2005**

2. Joint final pretrial order: **April 25, 2005**

3. Final pretrial conference: **April 28, 2005, at 9:00 am, Room 740**

4. Jury Trial: **May 31, 2005, at 9:30 am, courtroom to be determined**

    IT IS SO ORDERED.

                                                      /s/ Michael H. Watson

January 14, 2005                                     Michael H. Watson
bac                                                  United States District Judge

---

[1] You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial and Magistrate Judge by visiting our website at: www.ohsd.uscourts.gov