UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Willie Sanders,
    Plaintiff(s),

v.                              Case No. 1:01cv639
                                   (Watson, J.)

Chris Hill, et al.,
    Defendant(s).

## ORDER

Pursuant to notification to the Court, this matter is hereby settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

bac    February 10, 2005

MICHAEL H. WATSON
United States District Judge